IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

KIMBERLY CHAPMAN,

        Plaintiff,

v.                            Civil Action No. 1:23-CV-14
                                (KLEEH)

MORGANTOWN OPERATIONS, LLC
DBA THE CROSSING AT MORGANTOWN dba
HARMONY AT MORGANTOWN, and MARK TERRY,

        Defendants.

### DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a Stipulation of Dismissal in the above-referenced civil action on December 4, 2023 [ECF No, 48]. Based on that Stipulation and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court. All pending motions are further **DENIED AS MOOT** [ECF Nos. 36, 37].

The Clerk is **ORDERED** to forward a copy of this order to all counsel of record via the CM/ECF notification system.

**DATED:** December 5, 2023

                                              */s/ Thomas S. Kleeh*
                                      THOMAS S. KLEEH, CHIEF JUDGE
                                      NORTHERN DISTRICT OF WEST VIRGINIA